# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| CLAREMEDICA HOLDINGS, LP, and CLAREMEDICA VIKING, LLC | § § § § | |
| v. | § § | CIVIL ACTION NO. 3:25-CV-2174-S |
| ADVISORY TRUST GROUP, LLC, ALBERT DE SOLO, CARLOS DE SOLO, and JONES CEMELUS | § § § § § | |
| IN RE: | § § § | BANKRUPTCY CASE NO. 24-80093-MVL11 |
| CAREMAX, INC. | § | |

## ORDER

Before the Court is the Joint Motion to Abate Appeal ("Motion") [ECF No. 3], in which the parties request that the Court abate this case pending the outcome of a mediation set for September 25, 2025. The Motion is **GRANTED**, and this case is **ABATED** and **ADMINISTRATIVELY CLOSED**, without prejudice to it being reopened upon motion by any party to enter a judgment or order of dismissal or for further proceedings if the mediation is not successful.

**SO ORDERED.**

SIGNED August 21, 2025.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**